UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FREDERICK JONES,

                Plaintiff,

           - against -

NYC DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT,
ALLEN AFFORDABLE HDFC,

                Defendants.
---------------------------------------------------------X

**ORDER**
**09 CV 2104 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

    Plaintiff has moved, and the Clerk of Court has entered a default against Allen Affordable HDFC. See documents 21-24. Defendant Allen Affordable HDFC shall show good cause in writing by January 10, 2010 why it has not responded to the complaint or otherwise appeared in this action, or the Court shall enter a judgment of default.

SO ORDERED.

                                                  LOIS BLOOM
                                                  United States Magistrate Judge

Date:  December 10, 2009
        Brooklyn, New York

Cc:  Edwin C. Reed
      111-06 Merrick Rd.
      Jamaica, NY 11433