UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FREDERICK JONES,

                Plaintiff,                        **ORDER**
                                                              09 CV 2104 (RJD)(LB)

                - against -

NYC DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT,
ALLEN AFFORDABLE HDFC,

                Defendants.
------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

        The Court held a pretrial status conference pursuant to Fed. R. Civ. P. 16 on March 18, 2010. Defendant Allen Affordable HDFC appeared at the conference and requested permission to move to dismiss the complaint. Permission to move was granted and the Court set the following schedule: Defendant shall serve its motion to dismiss on plaintiff by April 19, 2010;[1] plaintiff shall serve his opposition to the motion on defendant's counsel by May 19, 2010; defendant shall serve its reply, if any, and electronically file the fully briefed motion with the Court by June 2, 2010.

SO ORDERED.

                                                                  /S/
                                                               LOIS BLOOM
                                                               United States Magistrate Judge

Date:  March 19, 2010
         Brooklyn, New York

---

[1] Defendant shall provide the required notice pursuant to Local Civil Rule 12.1 and 56.2, if it references matters outside the pleadings.